39,607-03,04,05

Mr. Samuel Wade Henderson #1736171   3060 FM 3514
BEAUMONT, TX... 77705

DECEMBER 5, 2015

To: Clerk of Court
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas... 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 09 2015

Abel Acosta, Clerk

RE.. EX Parte HENDERSON
      Caus No's 1315583-A; 1315584-A ; 1315585-A

DEAR Sir: Mr Abel Acosta,

This letter to the Court Clerk is in reference to the status of my records on the habeas corpus applications that the Judge of the 228th District Court of Harris County was order'ed to Submit to The Court of Appeals. Your last responce to me was filed on September 16, 2015, with a time frame of 30 days for the District Court of Harris County to send the applications. That time has long pass, and I don't know if your Court has received all that was ask of them. Please inform me if thay have done So, thank you and happy holiday's to you and all loved by you. Amen

Respectfuly Submitted: Samuel W Henderson